1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                          AT SEATTLE

8   SOMCHAY SOUKHASEUM,                    Case No. C11-1151-RSL-JPD

9            Plaintiff,                    REPORT AND RECOMMENDATION

10       v.

11  MICHAEL J. ASTRUE, Commissioner of
    Social Security,
12
             Defendant.
13

14       Plaintiff brought this action to seek judicial review of the denial of his application for

15  disability benefits by the Commissioner of the Social Security Administration.  Dkt. 3.  The

16  parties have stipulated that this case should be reversed and remanded for further administrative

17  proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 17.

18       Based on the stipulation of the parties, the Court recommends that this case be

19  REVERSED and REMANDED for further administrative proceedings.  On remand, the

20  Administrative Law Judge ("ALJ") shall hold a new hearing, further develop the record by

21  updating the medical evidence, and reevaluate the medical opinions of Daniel Phan, M.D., Sudha

22  Elangovan, M.D., William Clayton, M.D., and Rory Laugherby, M.D., in accordance with 20

23  C.F.R. §§ 404.1527, 416.927, SSRs, and Ninth Circuit case law.  The ALJ shall also re-evaluate

24  plaintiff's residual functional capacity, including reevaluating the credibility of any witness.

REPORT AND RECOMMENDATION
PAGE - 1

1   Finally, the ALJ shall obtain additional vocational expert testimony, and reevaluate the

2   claimant's ability to perform his past relevant work, or other work, at step five of the sequential

3   process, taking into consideration the claimant's inability to communicate in English.

4          On remand, the ALJ shall take any other actions necessary to develop the record, and

5   plaintiff shall be permitted to submit additional evidence and arguments to the ALJ.  Other

6   aspects of the ALJ's prior decision not addressed here are not affirmed.  Plaintiff shall be entitled

7   to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412(d), upon proper

8   request to the Court.

9          A proposed order accompanies this Report and Recommendation.

10          DATED this 9th day of December, 2011.

11

12                                                      _____

13                                                      JAMES P. DONOHUE
                                                        United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION
PAGE - 2