UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOMCHAY SOUKHASEUM, | Case No. C11-1151-RSL-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 17.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall hold a new hearing, further develop the record by updating the medical evidence, and reevaluate the medical opinions of Daniel Phan, M.D., Sudha Elangovan, M.D., William Clayton, M.D., and Rory Laugherby, M.D., in accordance with 20 C.F.R. §§ 404.1527, 416.927, SSRs, and Ninth Circuit case law. The ALJ shall also re-evaluate plaintiff's residual functional capacity, including reevaluating the credibility of any witness.

REPORT AND RECOMMENDATION
PAGE - 1

Finally, the ALJ shall obtain additional vocational expert testimony, and reevaluate the claimant's ability to perform his past relevant work, or other work, at step five of the sequential process, taking into consideration the claimant's inability to communicate in English.

On remand, the ALJ shall take any other actions necessary to develop the record, and plaintiff shall be permitted to submit additional evidence and arguments to the ALJ. Other aspects of the ALJ's prior decision not addressed here are not affirmed. Plaintiff shall be entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to the Court.

A proposed order accompanies this Report and Recommendation.

DATED this 9th day of December, 2011.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge